# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAZN LIMITED,<br><br>　　Plaintiff,<br><br>　　v.<br><br>DISTRIBUTED MEDIA SOLUTIONS, LLC,<br><br>　　Defendant. | Civil Action No. 23-cv-01061-JFM<br><br>JURY TRIAL DEMANDED |

## UNOPPOSED MOTION AND [PROPOSED] ORDER TO EXTEND TIME

　　Counsel for Plaintiff, DAZN Limited ("DAZN"), conferred with a representative of Defendant, Distributed Media Solutions, LLC, and Defendant does not oppose DAZN's request that the Court extend the deadline for DAZN to serve Defendant with the summons and Complaint by 45 days, through and including February 9, 2024.  Defendant reserves its rights to pursue any and all defenses, and Defendant's consent to this motion shall not be construed as a waiver of service or any such defenses.

　　The undersigned counsel certifies that this motion complies with the Standing Order for Regarding Briefing in All Cases dated November 10, 2022, because it is prepared in 14-point Times New Roman typeface.

4883-1325-4295\1

|  |  |
|---|---|
| Dated: December 21, 2023 | */s/ Alessandra Glorioso*<br>Alessandra Glorioso (DE Bar No. 5757)<br>glorioso.alessandra@dorsey.com<br>DORSEY & WHITNEY (DELAWARE) LLP<br>300 Delaware Avenue, Ste. 1010<br>Wilmington, DE 19801<br><br>Mark Miller (*pro hac vice* pending)<br>miller.mark@dorsey.com<br>DORSEY & WHITNEY LLP<br>111 S. Main Street, Ste. 2100<br>Salt Lake City, UT 84111<br><br>*Attorneys for Plaintiff* |

SO ORDERED this 22nd day of December, 2023.

_____
Judge John F. Murphy
UNITED STATES DISTRICT COURT